# HEALTH CARE BENEFIT PROGRAMS TO WHICH DEFENDANTS SUBMITTED CLAIMS FOR PEDIATRIC HEMATOLOGY-ONCOLOGY DURING THE RELEVANT PERIOD

Deseret Health Care

Kaiser Foundation Health Plan

Kaiser Point of Service

Kaiser Added Choice

HMSA PPO

HMSA HMO

HMSA Point of Service Health

Straub/Fronk

Pacific Health Care

HMSA DRG+FED Plan

BlueCross-BlueShield

Queens/HMSA Premium

HMSA HMO HPH-K

Department of Human Services (Hawaii State Medicaid Program)

HMSA QUEST

KAPIOLANI QUEST

ALOHACARE (QUEST)

QUEENS QUEST

**EXHIBIT 1**

STRAUBCARE QUEST

Commercial

KHH Employee Plan

KHH Brand

BlueCross of California

Principal Mutual

AETNA

Connecticut General

CHAMPUS PRIME

CHAMPUS XTRA

Royal State

Hawaii Laborers

University Health Alliance Teamsters

University Health Alliance AFL

University Health Alliance

Hawaii Management Alliance Association

University Health Alliance Hawaiian Electric

AETNA PPO

The Queen's Health Care Plan

The Queen's Health Care Plan CIGNA

**EXHIBIT 1**

The Queen's Health Care Plan Connecticut General

The Queen's Health Care Plan NYLCARE

United Health

Island Care

SAIPAN CNMI

SAIPAN CHC

Samoa Medicaid

Marshall Island Cares

SAIPAN Medicaid

Pacific Care Federal Health Plan

GUAM Medicaid

177 Health Plan

OTHER PACIFIC

GUAM GMHP

GUAM STAYWELL

Zero To Three

Hawaii State Agencies

**EXHIBIT 1**