

1/9    D REDACTED  C REDACTED    L.P.  ⎫
1/5    M REDACTED  N REDACTED    – L.P.  ⎬ 1996
12/27  J REDACTED  H REDACTED  – S REDACTED    – L.P.
       R REDACTED  C REDACTED       – L.P.
12/20  S REDACTED     C REDACTED    – L.P.
2/19   J REDACTED  N REDACTED    – L.P.
12/7   K REDACTED  – S REDACT  R REDACTED    – L.P.
11/21  J REDAC  H REDACTED  – S REDACTED    – L.P.
11/20  S REDACTED    C REDACTED    – L.P.
11/22  K REDA  H REDACTED    T REDACTED    – L.P. + B.M.

1996                                            1995

1/11   J REDACTED       A REDACTED    – L.P.
1/16   R REDACT  A REDACTED    – L.P.
1/17   J REDACTED  H REDACTED  – S REDACTED    – L.P.
1/25   D REDACTED    M REDACTED    – L.P.
1/30   M REDACTED    N REDACTED    – L.P.
2/5    T REDAC  S REDACTED    – BM + L.P. (UNSUCCESSFUL)
2/8    T REDACTED    I REDACTED    – L.P.
       D REDACTED    C REDACTED    – L.P.
2/9    D REDACTED    M REDACTED    – L.P.
2/13   M REDACTED    N REDACTED    L.P. + B.M.
       E REDACTED    K REDACTED    – L.P.
2/4    S REDACTED    C REDACTED    – L.P.
2/15   K REDACTED    W REDACTED    – L.P  (UNSUCCESSFUL)
       K REDACTED    O REDACTED    – L.P.
2/20   T REDA  S REDACTED    – L.P.
2/21   E REDACTED    K REDACTED    L.P.
2/22   D REDACTED    M REDACTED    L.P. + B.M.
2/26   M REDACTED    N REDACTED    L.P.

Confidential
Fechtman
EXHIBIT NO. 14-103
4/26/06  cr

EXHIBIT 2

page 1 of 27



1996

2/27 - J REDACTED    N REDACTED    - L.P.
2/28 - K REDACTED    S REDACTED RAVIZZA - L.P.
2/29 - J REDACTED H REDACTED - S REDACTED - L.P.
        K REDACTED    O REDACTED - L.P.
3/12 - M REDACTED N REDACTED (unsuccessful) - L.P.
        R REDACTED A REDACTED - L.P.
3/4    T. REDA S REDACTED - B.M.
3/20 - K REDACTED    O REDACTED - L.P.
        J REDACTED A REDACTED - S REDACTED - BM + L.P.
3/26   M REDACTED N REDACTED L.P.
        T. REDAC S REDACTED - L.P.
        R. REDA C REDACTED - L.P.
3/29   A REDACTED    L REDACTED - L.P.
4/2    G REDACTED    K REDACTED - L.P.
4/4    D REDACTED    C REDACTED - L.P.
4/9    D REDACTED    M REDACTED - L.P.
4/10   E REDACTED    K REDACTED - L.P.
        S REDACTED    C REDACTED - BM

4 30   J REDACTED    N REDACTED - L.P.
5/1    T REDACTED    I REDACTED - L.P.
5/6    T. REDA S REDACTED - L.P.
5/7    M REDACTED N REDACTED - L.P.
        S REDACTED    C REDACTED - L.P.
5/10   J REDACTED    M REDACTED - B.M.
5/3    J REDACTED    M REDACTED - L.P.
5/15   J REDACTED H REDACTED - S REDACTED - L.P.

(48)

**EXHIBIT 2**

page 2

5/15   K [REDACTED]   K [REDACTED]   - L.P.          (62)
5/16   C [REDACTED]   C [REDACTED]   - L.P.
5/22   K [REDACTED]   - S [REDACTED]   R [REDACTED]   - L.P.
5/23   K [REDACTED]   O [REDACTED]   - L.P.
       D [REDACTED]   M [REDACTED]   - L.P.
5/28   T [REDA] S [REDACTED]   - L.P.
6/17   T [REDA] S [REDACTED]   - L.P.
       R [REDACTED]   C [REDACTED]   - L.P.
6/18   B [REDACTED]   L [REDACTED]   - L.P.          70
6/19   K [REDACTED]   K [REDACTED]   - L.P.
6/24   J [REDACTED]   M [REDACTED]   - L.P.
6/26   R [REDACTED]   T [REDACTED]   - L.P.
6/27   B [REDACTED]   E [REDACTED]   - L.P.
6/28   M [REDACTED]   L [REDACTED]   - L.P.
       R [REDACTED]   B [REDACTED]   - B.M.
7/1  - B&au L [REDACTED]   L.P.
       R [REDACTED]   B [REDACTED]   - L.P.
7/2  - R [REDACTED]   A [REDACTED]   - L.P.
7/3  - K [REDACTED]   U [REDAC] - L.P.          80
       K [REDACTED]   K [REDACTED]   - L.P.
7/5  - J [REDACTED]   A [REDACTED]   - L.P.
7/8  - B [REDACTED]   L [REDACTED]   - B.M. + L.P.
7/9  - J [REDACTED]   H [REDACTED]   S [REDACTED]   - L.P.
       T [REDA] S [REDACTED]   - L.P.
7/15 - M [REDACTED]   N [REDACTED]   B.M. + L.P.
7/30 - B [REDACTED]   L [REDACTED]   - L.P.
8/1  - S [REDACTED]   C [REDACTED]   - L.P.          90
8/5  - R [REDACTED]   B [REDACTED]   - L.P.
8/6  - J [REDACTED]   M [REDACTED]   - B.M.
8/7  - R [REDACTED]   T [REDACTED]   - L.P.
8/8  - K [REDACTED]   O [REDACTED]   - L.P.
8/12 - J [REDACTED]   M [REDACTED]   - L.P.
8/13 - M [REDACTED]   N [REDACTED]   - B.M., Bx, L.P.
8/14 - K [REDACTED]   K [REDACTED]   - L.P.
8/22 - J [REDACTED]   M [REDACTED]   - B.M. + Bx          101
8/26 - R [REDACTED]   B [REDACTED]   - L.P.
8/27 - R [REDACTED]   A [REDACTED]   - L.P.
8/30 - N [REDACTED]   B [REDACTED]   - L.P.

**EXHIBIT 2**          page 3



9/3 - J [REDACTED] H [REDACTED] S [REDACTED] — L.P

9/6 — BEAU L [REDACTED] — L.P.

9/9 - K [REDACTED] K [REDACTED] — L.P.

R [REDACTED] C [REDACTED] — L.P. + B.M.

9/16 — J [REDACTED] M [REDACTED] — L.P.

9/18 - K [REDACTED] U [REDACTED] - L.P.

9/20 - N [REDACTED] L [REDACTED] L.P

N [REDACTED] B [REDACTED] B.M.

9/23 - R [REDACTED] C [REDACTED] — L.P. (unsuccessful)

9/24 - T [REDACTED] 3 [REDACTED] — L.P

R [REDACTED] B [REDACTED] — L.P.

9/25 — L [REDACTED] L [REDACTED] L.P.

9/27 — J [REDACTED] L [REDACTED] B.M. HARVEST

B [REDACTED] A [REDACTED] L.P. + B.M.

9/30 — R [REDACTED] O [REDACTED] — L.P. B.M.

N [REDACTED] B [REDACTED] L.P.

10/7 - R [REDACTED] C [REDACTED] — L.P

10/8 - K [REDACTED] K [REDACTED] — L.P

[REDACTED] K [REDACTED]

10/11 — U [REDACTED] C [REDACTED] — L.P.

B [REDACTED] A [REDACTED] B.M.

10/14 - P [REDACTED] C [REDACTED] — B.M. (unsuccessful)

10/15 - P [REDACTED] A [REDACTED] - B.M.

10/16 [REDACTED] I [REDACTED] L.P.          130

S [REDACTED] T [REDACTED] — L.P.

10/23 B [REDACTED] A [REDACTED] L.P.

10/24 - S [REDACTED] [REDACTED] — L.P.

10/30 - K [REDACTED] A [REDACTED] — B.M. + L.P.

**EXHIBIT 2**                    page 4

1446

10/30 - A REDACTED C REDACTED - Bx
J REDACTED K REDACTED - B.M.
11/4 - J REDACTED M REDACTED - L.P. + B.M.
11/12 - S REDACTED T REDACTED - L.P.
11/13 - B REDACTED A REDACTED - L.P.
11/20 - R REDACTED A REDACTED - L.P.
11/25 - S REDACTED T REDACTED - L.P.
11/27 - J REDACTED H REDACTED - S REDACTED - L.P.
12/6 - C REDACTED C REDACTED - L.P.
12/10 - D REDACTED K REDACTED - L.P. + B.M.
12/13 - A REDACTED C REDACTED L.P.
T REDACTED S REDACTED - L.P.
12/22 - R REDACTED C REDACTED - L.P.
12/30 - J REDACTED M REDACTED - L.P.
12/31 - J REDACTED A REDACTED - B.M. + Bx
1/2 - S REDACTED T REDACTED - L.P.
1/3 - V REDACTED C REDACTED - L.P.
1/8 - T REDACTED I REDACTED - L.P.
1/21 - K REDACTED K REDACTED - L.P.
1/27 - S REDACTED S REDACTED - B.M. + Bx
2/4 - D REDACTED M REDACTED B.M.
S REDACTED T REDACTED - L.P.
2/7 - L REDACTED L REDACTED L.P.
S REDACTED M REDACTED B.M. + Bx
2/10 - M REDACTED P REDACTED B.M.
2/11 - S REDACTED S REDACTED - B.M. + L.P.
2/12 - R REDACTED A REDACTED - L.P.
A REDACTED T REDACTED - B.M. + Bx

**EXHIBIT 2**

page 5

172

1997

2/19   J [REDACTED]  H [REDACTED] - S [REDACTED]  - L.P.

2/21   H [REDACTED]  L [REDACTED]  - B.M.

2/24   J [REDACTED]  M [REDACTED] - L.P.

       J [REDACTED]  Q [REDACTED]  - BM + Bx

2/25   J [REDACTED]  K [REDACTED]- B.M.

       S [REDACTED]  S [REDACTED]  - BM + L.P.

3/5    S [REDACTED]  S [REDACTED]  - L.P.

3/7    A [REDACTED]  L [REDACTED]  L.P.

3/10   J [REDACTED]  Q [REDACTED]  - B.M + Bx

3/11   S [REDACTED]  T [REDACTED]  - L.P.

       R [REDACTED]  J [REDACTED]  (PODS) - L.P.

3/14   T [REDACTED]  S [REDACTED]  - L.P.

3/24   R [REDACTED]  C [REDACTED]  - L.P.

3/25   S [REDACTED]  S [REDACTED]  - L.P.

3/28   V [REDACTED]  C [REDACTED]  - L.P.

4/2    T [REDACTED]  I [REDACTED] - L.P.

4/3    J [REDACTED]  Q [REDACTED]  - B.M

4/8    A [REDACTED]  T [REDACTED]  - B.M. + Bx

4/10   S [REDACTED]  C [REDACTED]  - L.P.

4/14   J [REDACTED]  Q [REDACTED]  - B.M. + L.P.

       L [REDACTED]  L [REDACTED]  - L.P.

4/15   S [REDACTED]  S [REDACTED]  - L.P.

       K [REDACTED]  K [REDACTED]  - L.P.

4/22   J [REDACTED]  M [REDACTED] - L.P.

       S [REDACTED]  T [REDACTED]  - L.P.

4/23   [REDACTED]  [REDACTED]  L.P. + B.M.

4/24   H [REDACTED]  L [REDACTED]  B.M + Bx

4/25   V [REDACTED]  C [REDACTED]  - B.M + L.P

**EXHIBIT 2**

page 6

1947

5/2   K. [REDACTED]  G. [REDACTED] - L.P.
5/6   S. [REDACTED]  S. [REDACTED] - L.P.
5/7   K. [REDACTED]  A. [REDACTED]   - L.P.
5/14  J. [REDACTED]  H. [REDACTED] - S. [REDACTED]   - L.P
5/20  S. [REDACTED]  T. [REDACTED]   - B.M.
5/22  C. [REDACTED]  C. [REDACTED]   B.M.
5/27  S. [REDACTED]  S. [REDACTED]   - L.P
5/30  K. [REDACTED]  G. [REDACTED] - B.M.
      A. [REDACTED]  L. [REDACTED] - L.P
6/2   K. [REDACTED]  G. [REDACTED] - L.P
6/4   T. [REDACTED]  S. [REDACTED]  - L.P.
6/5   C. [REDACTED]  C. [REDACTED]  L.P
6/6   T. [REDACTED]  B. [REDACTED]  - B.M. + Bx
6/9   K. [REDACTED]  G. [REDACTED] - L.P
6/13  T. [REDACTED]  S. [REDACTED]  - B.M.
6/23  L. [REDACTED]  L. [REDACTED] - L.P.
6/24  S. [REDACTED]  T. [REDACTED]  - L.P.
6/25  M. [REDACTED]  C. [REDACTED]  - L.P.
6/26  K. [REDACTED]  G. [REDACTED] - L.P.
7/8   K. [REDACTED]  G. [REDACTED] - L.P.
      K. [REDACTED]  K. [REDACTED] - L.P
7/30  K. [REDACTED]  A. [REDACTED]  - L.P
8/7   C. [REDACTED]  C. [REDACTED]  L.P
8/11  J. [REDACTED]  M. [REDACTED] - L.P (unsuccessful)
8/12  K. [REDACTED]  G. [REDACTED] - L.P
      S. [REDACTED]  T. [REDACTED]  - L.P.
8/14  M. [REDACTED]  A. [REDACTED]  - L.P
8/18  T. [REDACTED]  C. [REDACTED]  - L.P.

**EXHIBIT 2**          page 7

1997
8/22    A [REDACTED]    L [REDACTED] - L.P.
        J [REDACTED]    B [REDACTED] - L.P.
8/25    M [REDACTED]    C [REDACTED] - Bm + Bx
        N [REDACTED]    B [REDACTED] - L.P.
8/26    C [REDACTED]    C [REDACTED] - L.P.
9/4     J [REDACTED]    Q [REDACTED] - Bm + LP
        M [REDACTED]    A [REDACTED] - L.P.
9/5     T [REDACTED]    S [REDACTED] - L.P.
9/8     R [REDACTED] - Bm + L.P.
9/9     T [REDACTED]    C [REDACTED] - L.P.
9/11    M [REDACTED]    H [REDACTED] - L.P.
9/12    J [REDACTED]    B [REDACTED] - L.P. (unsuccessful)
9/18    S [REDACTED]    S [REDACTED] - L.P.
9/19    C [REDACTED]    C [REDACTED] - L.P.
9/22    J [REDACTED]    H [REDACTED] - Bm + Bx
9/25    M [REDACTED]    A [REDACTED] - L.P.
        S [REDACTED]    C [REDACTED] - L.P.
9/30    K [REDACTED]    K [REDACTED] - L.P.
        T [REDACTED]    C [REDACTED] - L.P.
10/6    J [REDACTED]    M [REDACTED] - L.P.
10/7    A [REDACTED]    D [REDACTED]  Bm.
10/13   B [REDACTED]    K [REDACTED] - L.P.
10/14   C [REDACTED]    M [REDACTED] - Bm + Bx
10/15   S [REDACTED]    T [REDACTED] - L.P.
10/28   M [REDACTED]    C [REDACTED] - L.P.
        K [REDACTED]    S [REDACTED]    R [REDACTED]  L.P.
        C [REDACTED]    J [REDACTED] - L.P.
10/4    K [REDACTED]    S [REDACTED]    R [REDACTED] - L.P.

**EXHIBIT 2**    page 8

11/4    H [REDACTED] L [REDACTED]   - L.P., Bm + Bx
11/1    B [REDACTED] K [REDACTED]   - L.P.
        M [REDACTED] C [REDACTED]   - Bm + Bx
11/10   A [REDACTED] T [REDACTED]   - Bm + Bx
        B [REDACTED] K [REDACTED]   - L.P.
11/11   T [REDACTED] C [REDACTED]   - L.P
        K [REDACTED] R [REDACTED]   - L.P.
        D [REDACTED] U [REDACTED]   - Bm + Bx
        J [REDACTED] R [REDACTED]   - Bm + L.P., Bx
11/13   M [REDACTED] H [REDACTED]   - L.P.
        M [REDACTED] A [REDACTED]   - L.P.
11/14   S [REDACTED] S [REDACTED]   - L.P.
11/18   K [REDACTED] S [REDACTED] R [REDACTED]   - Bm + L.P + Bx
1/24    K [REDACTED] G [REDACTED]   L.P.
11/25   C [REDACTED] M [REDACTED]   - Bm + Bx
11/26   J [REDACTED] U [REDACTED]   - Bm + Bx
12/1    J [REDACTED] M [REDACTED]   - L.P.
        B [REDACTED] K [REDACTED]   - L.P.
12/2    S [REDACTED] T [REDACTED]   - L.P. (UNSUCCESSFUL)
12/3    D [REDACTED] C [REDACTED]   - Bm. + L.P.
        A [REDACTED] T [REDACTED]   - Bm + Bx
12/5    D [REDACTED] R [REDACTED]   - L.P.
        T [REDACTED] S [REDACTED]   - L.P.
12/8    I [REDACTED] J [REDACTED]   - Bm + Bx
        L [REDACTED] M [REDACTED]   - Bm x 2 + Bx x 2
12/10   P [REDACTED] A [REDACTED] T [REDACTED]   - Bm + Bx
        A [REDACTED] P [REDACTED]   - Bm (UNSUCCESSFUL)
12/11   L [REDACTED] M [REDACTED]   - Bm (UNSUCCESSFUL)

**EXHIBIT 2**          page 9

12/12  R [REDACTED] H [REDACTED] - BM + L.P.
       D [REDACTED] A [REDACTED] BM + L.P

12/15  G [REDACTED] V [REDACTED] - BM + BX

12/18  D [REDACTED] R [REDACTED] - L.P
       S [REDACTED] C [REDACTED] - L.P.

12/22  G [REDACTED] V [REDACTED] - BM + BX

12/23  K [REDACTED] K [REDACTED] - LP
       M [REDACTED] A [REDACTED] - BM + LP

12/24  K [REDACTED] G [REDACTED] - BM
       A [REDACTED] P [REDACTED] - BM + LP

12/26  B [REDACTED] R [REDACTED] - L.P.
       R [REDACTED] H [REDACTED] - BM

12/29  D [REDACTED] D [REDACTED] BM + L.P. (unsuccessful)
       R [REDACTED] H [REDACTED] - L.P.

12/30  T [REDACTED] C [REDACTED] - BM + L.P.

1/3    L [REDACTED] M [REDACTED] - Bilateral BMs + BXs
       C [REDACTED] C [REDACTED] L.P.

1/5    R [REDACTED] H [REDACTED] L.P.
       D [REDACTED] D [REDACTED] L.P
       N [REDACTED] B [REDACTED] L.P.

1/8    A [REDACTED] V [REDACTED] - B.M.
       M [REDACTED] H [REDACTED] - L.P

1/?    B [REDACTED] C [REDACTED] - L.P
       M [REDACTED] C [REDACTED] - L.P
       K [REDACTED] G [REDACTED] P
       N [REDACTED] B [REDACTED] L.P.
       D [REDACTED] D [REDACTED] L.P.

1/?    C [REDACTED] D [REDACTED] - BM + BX

**EXHIBIT 2**            page 10

1498

1/22   A REDACTED         P REDACTED         - L.P
1/26   J REDACTED    M REDACTED    - L.P.   (unsuccessful)
       R REDACTED    H REDACTED    - L.P
1/27   S REDACTED  T REDACTED         - L.P
1/28   J REDACTED    Q REDACTED     - Bm
2/4    S REDACTED  T REDACTED     - B.M.
2/5    S REDACTED  C REDACTED       - Bm + LP
2/11   K REDACTED    S REDACTED R REDACTED   - L.P
2/16   M REDACTED  G REDACTED    - L.P
       R REDACTED  H REDACTED    - L.P
2/20   M REDACTED   P REDACTED  - BM + LP
       G REDACTED  V REDACTED    - B.M.
2/24   B REDACTED    K REDACTED      - Bm + LP
       T REDACTED  C REDACTED   - L.P.
3/3    N REDACTED    E REDACTED   - L.P
3/2    B REDACTED    K REDACTED    - L.P
3/4    S REDACTED    A REDACTED    - L.P
3/5    M REDACTED    H REDACTED    - L.P
       A REDACTED       P REDACTED    - L.P
3/6    A REDACTED    L REDACTED   - BM + LP
       S REDACTED    S REDACTED    - L.P
3/9    D REDACTED   R REDACTED     - L.P
       R REDACTED    H REDACTED   - L.P
3/10   B REDACTED    K REDACTED   - L.P. + BM
3/11   S REDACTED    H REDACTED   - L.P
3/9    D REDACTED      D REDACTED   - L.P  (unsuccessful)
3/2    K REDACTED    C REDACTED   - BM + L.P
3/11   K REDACTED    G REDACTED   - L.P

**EXHIBIT 2**

page 11

[Handwritten log, largely redacted]

M [REDACTED] A [REDACTED] — LP
K [REDACTED] P [REDACTED] — LP
N [REDACTED] E [REDACTED] — LP + BM

3/18 — S [REDACTED] A [REDACTED] — LP + BM
B [REDACTED] K [REDACTED] — BM

3/20 — A [REDACTED] L [REDACTED] — BM
R [REDACTED] C [REDACTED] — BM + Bx

3/23 — J [REDACTED] M [REDACTED] — LP
D [REDACTED] C [REDACTED] — LP
B [REDACTED] K [REDACTED] — LP (unsuccessful)

3/24 — N [REDACTED] E [REDACTED] — LP

3/25 — J [REDACTED] H [REDACTED] S [REDACTED] — LP + BM
S [REDACTED] C [REDACTED] — LP
K [REDACTED] C [REDACTED] — BM (also by Des)

3/26 — J [REDACTED] H [REDACTED] S [REDACTED] — LP

3/27 — C [REDACTED] C [REDACTED] — LP
A [REDACTED] P [REDACTED] — LP
K [REDACTED] C [REDACTED] — LP

4/2 — J [REDACTED] H [REDACTED] S [REDACTED] — LP + Px
4/3 — K [REDACTED] C [REDACTED] — LP
B [REDACTED] K [REDACTED] — BM + LP
S [REDACTED] A [REDACTED] — LP

4/? — S [REDACTED] H [REDACTED] S [REDACTED] — LP
K [REDACTED] S [REDACTED] R [REDACTED] — Chidaya Tap, Bm + LP

4/? — M [REDACTED] G [REDACTED] — LP
4/14 — N [REDACTED] E [REDACTED] — LP
4/15 — A [REDACTED] P [REDACTED] — LP
4/20 — T [REDACTED] C [REDACTED] — LP
N [REDACTED] N [REDACTED] — LP (unsuccessful)

**EXHIBIT 2**

page 12

1990

4/28    C [REDACTED] V [REDACTED]    B.m. + L.P.
       K [REDACTED] C [REDACTED]    L.P.
4/2    M [REDACTED] H [REDACTED]    L.P.
5/1    S [REDACTED] S [REDACTED]    . L.P.
5/5 -  N [REDACTED] E [REDACTED]  — L.P
       R [REDACTED] C [REDACTED]  — B.m x 2    + Bx x 2
5/6 -  L [REDACTED] M [REDACTED]  — B.m x 2    + Bx  x 2
5/12 - K [REDACTED] C [REDACTED]  L.P.
       K [REDACTED] V [REDACTED]  — ASSIST  ⊂ B.M. HARWSP
5/14 - M [REDACTED] R [REDACTED]  — B.m. + L.P.
5/19 - S [REDACTED] T [REDACTED]  — L.P.
5/20 - S [REDACTED] A [REDACTED]  — L.P.
5/21 - J [REDACTED] M [REDACTED]  — L.P.
       A [REDACTED] P [REDACTED]  — L.P. + B.M.
5/28 - M [REDACTED] R [REDACTED]  — B.M.
5/29 - K [REDACTED] C [REDACTED]  — L.P.
       N [REDACTED] E [REDACTED]  — L.P.
       M [REDACTED] R [REDACTED]  — L.P.
6/1    D [REDACTED] R [REDACTED]  — L.P
6/15   J [REDACTED] H [REDACTED] S [REDACTED]  — L.P.
6/16   T [REDACTED] C [REDACTED]  — L.P.
6/17   D [REDACTED] C [REDACTED]  — L.P
6/18   N [REDACTED] E [REDACTED]  — L.P
6/19   C [REDACTED] C [REDACTED]  — L.P.
       K [REDACTED] C [REDACTED]  — L.P.
6/2    S [REDACTED]
6/23   M [REDACTED] R [REDACTED]    B.m. + L.P.  ⊬  — L.P.
6/25   M [REDACTED] H [REDACTED]    L.P.
6/24   C [REDACTED] C [REDACTED]  — Sxxx  — B.m. + Bx  x 2

**EXHIBIT 2**

page 13



**EXHIBIT 2**                    page 14

1998

8/11 C___ J REDACTED 4 REDACTED . BM
8/14 M REDACTED H REDACTED . L.P.
8/20 A REDACTED S REDACTED - BM
     U REDACTED H REDACTED . BM
8/24 M REDACTED R REDACTED . L.P
     K REDACTED B REDACTED - L.P
     A REDACTED S REDACTED - L.P
8/28 K REDACTED C REDACTED - BM + L.P
     B REDACTED A REDACTED - BM + L.P
8/31 - D REDACTED C REDACTED - L.P
     K REDACTED B REDACTED - L.P
     A REDACTED S REDACTED - L.P
9/1  S REDACTED S REDACTED - BM, Bx + L.P
     K REDACTED G REDACTED L.P
     M REDACTED A REDACTED - L.P
9/2  D REDACTED D REDACTED L.P
     D REDACTED R REDACTED - L.P
     S REDACTED M REDACTED - L.P
9/4  B REDACTED A REDACTED - L.P
     J REDACTED H REDACTED - S REDACTED . L.P
     R REDACTED C REDACTED - BM + Bx (x2)
9/21 A REDACTED H S REDACTED - L.P
10/1 N REDACTED E REDACTED - L.P
     L REDACTED P REDACTED - BM + L.P
10/2 R REDACTED T REDACTED - L.P
     M REDACTED R REDACTED - L.P
10/5 T REDACTED C REDACTED - L.P
10/9 R REDACTED 7 REDACTED - L.P

**EXHIBIT 2**          page 15

1998

10/12  A [REDACTED]  S [REDACTED]  – L.P.

10/16  J [REDACTED]  E [REDACTED]  – L.P. + B.M.
       B [REDACTED]  A [REDACTED]  – L.P.
       R [REDACTED]  T [REDACTED]  – B.M.
       S [REDACTED]  S [REDACTED]  – L.P.

10/19  A [REDACTED]  K [REDACTED]  – L.P.
       L [REDACTED]  P [REDACTED]  – L.P. + B.M

10/2c  D [REDACTED]  C [REDACTED]  Bm + L.P.

10/27  K [REDACTED]  C [REDACTED]  L.P.

10/30  L [REDACTED]  W [REDACTED]  – L.P
       J [REDACTED]  C [REDACTED]  – B.M.

11/2   U [REDACTED]  H [REDACTED]  – Bm
       T [REDACTED]  B [REDACTED]  – Bm

11/3   K [REDACTED]  K [REDACTED]  – BM + LP
       T [REDACTED]  B [REDACTED]  – Bm + Lt
       S [REDACTED]  T [REDACTED]  – L.P.

11/6   B [REDACTED]  A [REDACTED]  – LP
       J [REDACTED]  J [REDACTED]  – LP
       R [REDACTED]  T [REDACTED]  – LP

11/9   – A [REDACTED]  S [REDACTED]  – LP
       B [REDACTED]  H [REDACTED]  – LP

11/10  – T [REDACTED]  B [REDACTED]  – LP
       J [REDACTED]  H [REDACTED]  S [REDACTED]  – Bm + Lt

11/12  L [REDACTED]  P [REDACTED]  Bm + Bc

11/13  – K [REDACTED]  A
       A [REDACTED]  P [REDACTED]  – LP

11/16  D [REDACTED]  U [REDACTED]  – Bm + Bx
       D [REDACTED]  R [REDACTED]  – L.P

**EXHIBIT 2**

page 16

1998

11/17 - T [REDACTED] B [REDACTED] - Bm + LP
[REDACTED]

11/18 - L [REDACTED] P [REDACTED] - Bm + Bx

11/23 - S [REDACTED] A [REDACTED] - LP

11/24 - T [REDACTED] B [REDACTED] - L.P.

M [REDACTED] A [REDACTED] - LP

D [REDACTED] C [REDACTED] - L.P.

T [REDACTED] M [REDACTED] - Bm + LP

11/25 - R [REDACTED] A [REDACTED] - LP

N [REDACTED] E [REDACTED] - LP

11/27 - J [REDACTED] E [REDACTED] - LP

B [REDACTED] A [REDACTED] - LP

12/1 - T. J. C [REDACTED] - LP

12/3 - T [REDACTED] B [REDACTED] - Bm

C [REDACTED] C [REDACTED] - L.P.

12/4 - A [REDACTED] S [REDACTED] - LP

12/7 - Da J [REDACTED] H [REDACTED] S [REDACTED] - Bm

J [REDACTED] M [REDACTED] - Bi Bm + Bx

12/9 - 7 [REDACTED] M [REDACTED] Bm

12/10 - M [REDACTED] H [REDACTED] - LP

12/11 - D [REDACTED] V [REDACTED] - Bm + Bx

S [REDACTED] S [REDACTED] - LP

[REDACTED] W [REDACTED] - L.P

L [REDACTED] P [REDACTED] - Bm

D [REDACTED] D [REDACTED] L.P. (unknown ISPac)

12/18 - J [REDACTED] E [REDACTED] - L.P

M [REDACTED] R [REDACTED] - LP

T [REDACTED] B [REDACTED] - L.P

**EXHIBIT 2**

**page 17**

1998

12/18 - T[REDACTED] M[REDACTED] L.P

12/21 - P[REDACTED] C[REDACTED] - Bm + Bx

C[REDACTED] D[REDACTED] - Bm. Bx

12/22 - K[REDACTED] G[REDACTED] - Li

12/28 - K[REDACTED] G[REDACTED] - Bm + Bx

12/31 - K[REDACTED] C[REDACTED] - L.P

1999
1/4 - I[REDACTED] M[REDACTED] - L.P

P[REDACTED] H[REDACTED] - L.P

S[REDACTED] A[REDACTED] - LP + Bm

1/5 - R[REDACTED] C[REDACTED] - Bm + Bx

1/6 - C[REDACTED] P[REDACTED] - Bm + Bx

1/8 - T[REDACTED] B[REDACTED] LP

J[REDACTED] H[REDACTED] S[REDACTED] - LP

D[REDACTED] U[REDACTED] - Bm

1/12 - D[REDACTED] C[REDACTED] - Bm + Bx

1/15 - B[REDACTED] A[REDACTED] - LP

T[REDACTED] M[REDACTED] - LP

1/18 - D[REDACTED] C[REDACTED] - Bm + LP

1/20 - U[REDACTED] N[REDACTED] - L.P.

1/22 - T[REDACTED] C[REDACTED] - L.P.

N[REDACTED] B[REDACTED] L.P.

A[REDACTED] S[REDACTED] - L.P.

/28 - T[REDACTED] B[REDACTED] L.P.

R[REDACTED] T[REDACTED] - L.P.

T[REDACTED] T[REDACTED] - Bm

- S[REDACTED] A[REDACTED] L.P.

D[REDACTED] R[REDACTED] - L.P.

A[REDACTED] O[REDACTED] - L.P

**EXHIBIT 2**



1999

2/2 – C [REDACTED]    H [REDACTED] – Bm
2/3 – R [REDACTED]  C [REDACTED] – Bm
2/4 – M [REDACTED]  H [REDACTED] – LP
2/5 – S [REDACTED]  SA [REDACTED] – LP
       A [REDACTED]  P [REDACTED] – LP
2/9  B [REDACTED]  W [REDACTED] – L.P.
2/11  S [REDACTED] 7 [REDACTED] – Bm
2/12  M [REDACTED]  R [REDACTED] – L.P.
2/16  M [REDACTED]  A [REDACTED] – L.P.
       A [REDACTED]  K [REDACTED] – L.P.
2/17  K [REDACTED]  G [REDACTED] – LP
       D [REDACTED]  D [REDACTED]  L.P. (= ANESTHESIA)
       J [REDACTED]  Q [REDACTED] – B.m
2/19  J [REDACTED]  H [REDACTED] – S [REDACTED]  L.P.
2/23  J [REDACTED]  M [REDACTED] – Bm + Bx  x2
2/25  C [REDACTED]  C [REDACTED]  L.P.
2/26  7 [REDACTED]  B [REDACTED] – L.P.
3/8  S [REDACTED]  A [REDACTED] – LP + Bm
       R [REDACTED]  [REDACTED] – LP
3/12  K [REDACTED]  C [REDACTED] – LP
       B [REDACTED]  A [REDACTED] – LP
3/13  S [REDACTED]  E [REDACTED] – L.P.
3/22  D [REDACTED]  R [REDACTED] – Bm + LP
       J [REDACTED]  M [REDACTED] – LP
3/23  7 [REDACTED]  C [REDACTED] – LP
3/24  A [REDACTED]  S [REDACTED] – LP
3/25  D [REDACTED]  U [REDACTED] – Bm
       N [REDACTED]  E [REDACTED] – LP

**EXHIBIT 2**

page 19



1919
3/29  L [REDACTED]  B [REDACTED]  - LP
3/30  S [REDACTED]  [REDACTED]  - BDA + LP
      J [REDACTED]  B [REDACTED]  - LP
3/31  R [REDACTED]  A [REDACTED]  - LP
4/1   J [REDACTED]  M [REDACTED]  - LP + Bi... Bm + Bx
4/3   J [REDACTED] H [REDACTED]  S [REDACTED]  - LP
4/6   C [REDACTED]  W [REDACTED]  - LP
4/8   M [REDACTED]  I [REDACTED]  - Bi... Bm + Bx
      J [REDACTED]  M [REDACTED]  - LP
4/9   M [REDACTED]  R [REDACTED]  - LP
      T [REDACTED]  B [REDACTED]  - LP
4/14  D [REDACTED]  D [REDACTED]  LP  (c̄ ANESTHESIA)
4/16  A [REDACTED]  K [REDACTED]  - LP
      T [REDACTED]  M [REDACTED]  - LP


4/26  J [REDACTED] H [REDACTED] S [REDACTED]  - Bm + L+
4/27  R [REDACTED] H [REDACTED]  - LP
      K [REDACTED], R [REDACTED]  - LP + Bm
4/28  U [REDACTED] H [REDACTED]  - Bm +
4/29  K [REDACTED]  H [REDACTED]  - Bm + Bx  Bi... ( PARTIALLY UNSUCCESS FUL)
4/30  T [REDACTED]  B [REDACTED]  - LP
5/4   M [REDACTED] I [REDACTED]  - Bm
5/6   R [REDACTED] C [REDACTED]  - LP
      C [REDACTED]  D [REDACTED]  - Bm
5/11  M [REDACTED]  A [REDACTED]  - LP
5/..  . [REDACTED]  . [REDACTED]  - Bm Bx LP

**EXHIBIT 2**

page 20

1966

5/25  M [REDACTED]  I [REDACTED]  - BiL  Bm + Bx
5/26  J [REDACTED]  C [REDACTED]      Bm
5/27  C [REDACTED]  C [REDACTED]  LP
      D [REDACTED]  J [REDACTED]  - Bm
5/28  J [REDACTED]  M [REDACTED] - BiL  Bm + Bx
      R [REDACTED]  C [REDACTED] - BiL  Bm + Bx
6/2   S [REDACTED] Y [REDACTED]  Bm + LP
6/4   K [REDACTED]  G [REDACTED]  LP
      M [REDACTED]  R [REDACTED] - LP
      R [REDACTED]  J [REDACTED]  LP
6/15  A [REDACTED], M [REDACTED]  Bm + LP
6/16  D [REDACTED]  D [REDACTED] - LP  ( = Anesthesia)
6/22  R [REDACTED]  H [REDACTED]  - LP
6/25  A [REDACTED]  K [REDACTED]  - LP
6/28  A [REDACTED]  M [REDACTED]  - Bm
7/4   K [REDACTED]  M [REDACTED] - LP (UNSUCCESSFUL)
7/6   J [REDACTED]  B [REDACTED]  - LP
7/7   M [REDACTED]  A [REDACTED] - Bm + LP
      F [REDACTED]  C [REDACTED]  - LP
7/8   J [REDACTED]  S [REDACTED]  - Bm + Bx
7/9   B [REDACTED]  A [REDACTED]  LP
      7 [REDACTED]  M [REDACTED] - LP
      Y [REDACTED]  S [REDACTED] - Bm, Bx, LP
7/13  S [REDACTED] Y [REDACTED]  - LP
      A [REDACTED]  M [REDACTED]  - LP
7/15  J [REDACTED]  H [REDACTED]  S [REDACTED] - LP
7/16  N [REDACTED]  F [REDACTED] - Bm + Bx  x 2
7/19  Y [REDACTED]  C [REDACTED] - Bm + LP

**EXHIBIT 2**

page 21



1979

7/20    Y REDACTED    S REDACTED    — L.P

7/21    S REDACTED    A REDACTED    — L.P

        K REDACTED    M REDACTED    — L.P + Bm

        M REDACTED    A REDACTED    — L.P + Bm

7/23    T REDACTED    B REDACTED    — L.P

        J REDACTED    E REDACTED    — L.P

        F REDACTED C REDACTED    — L.P

7/27    E REDACTED    W REDACTED    — L.P

7/28 —  M REDACTED  H REDACTED    — Bm + L.P

7/30 —  M REDACTED    R REDACTED    — L.P

8/2     M REDACTED    I REDACTED    Bm + Bx   x 2

        M REDACTED    A REDACTED    — L.P

        Y REDACTED    S REDACTED    — L.P

8/3     A REDACTED M REDACTED    — L.P

8/4     K REDACTED    M REDACTED    L.P

        M REDACTED A REDACTED    Bm + LP

8/5     R REDACTED    C REDACTED    Bm + Bx   x 2

8/6     F REDACTED C REDACTED    — LP

9/10    S REDACTED    S REDACTED    — Bm + LP

        M REDACTED    S REDACTED    — Bm + Bx

        R REDACTED    H REDACTED    L.P

        L REDACTED    E REDACTED    — L.P

8/18    D REDACTED    D REDACTED    L.P   (c Anesthesia)

8/19    A REDACTED    K REDACTED    — L.P.

/24     J REDACTED    B REDACTED    — L.P

8/26    M REDACTED    S REDACTED    — Bm + LP

        K REDACTED    C REDACTED    — L.P

        J REDACTED    B REDACTED    — Bm + Bx   (c Dr. Glasser)

**EXHIBIT 2**

**page 22**

19.2.3

8/27 - B[REDACTED] A[REDACTED] - L.P

?.? - J[REDACTED] B[REDACTED] - L.P (c̄ ANESTHESIA)

F[REDACTED] C[REDACTED] - L.P

9/8    N[REDACTED] E[REDACTED] - L.P

A[REDACTED] S[REDACTED] - L.P

Y[REDACTED] S[REDACTED] Bm + LP

P[REDACTED] K[REDACTED] - Bm + LP

9/9 M[REDACTED] S[REDACTED] - Bm

9/10 J[REDACTED] W[REDACTED] - Bm + LP

9/14 J[REDACTED] B[REDACTED] - B̶m̶ L.P (c̄ ANESTHESIA)

9/14 A[REDACTED] F[REDACTED] - Bm HARVEST (c̄ Dr. WOODRUFF)

9/17 J[REDACTED] W [REDACTED] - LP + Bm

9/20 K[REDACTED] A[REDACTED] - Bm + LP

J[REDACTED] N[REDACTED] - Bm, Bx + LP

9/21 A[REDACTED] M[REDACTED] - LP

E[REDACTED] W[REDACTED] - LP

J[REDACTED] B[REDACTED] - LP (c̄ ANESTHESIA)

9/22 M[REDACTED] A[REDACTED] L.P

J[REDACTED] N[REDACTED] - LP

9/23 V[REDACTED] L[REDACTED] B[REDACTED] - Bm + Bx

9/24 M[REDACTED] R[REDACTED] - LP

M[REDACTED] S[REDACTED] - LP

K[REDACTED] J[REDACTED] - Bm

J[REDACTED] E[REDACTED] - LP

9/25 J[REDACTED] R[REDACTED] - Bm + Bx

10/6 D[REDACTED] D[REDACTED] L.P (c̄ ANESTHESIA)

10/7 Z[REDACTED] M[REDACTED] - Bm, Bx + LP        **EXHIBIT 2**

page 23



1999

10/1̲1̲  R [REDACTED]  H [REDACTED]  — L.P.
      [REDACTED]

10/12  J [REDACTED]  B [REDACTED]  — Bm + LP  (ē ANESTHESIA)

       K [REDACTED]  R [REDACTED]  — Bm + Bx

10/13  M [REDACTED]  A [REDACTED]  — L.P

10/14  C [REDACTED]  C [REDACTED]  Bm + LP

       K [REDACTED]  R [REDACTED]  — BM

10/15  T [REDACTED]  B [REDACTED]  — LP

       A [REDACTED]  P [REDACTED]  — L.P

       M [REDACTED]  S [REDACTED]  — L.P

10/18  A [REDACTED]  K [REDACTED]  — L.P.

       K [REDACTED]  C [REDACTED]  — L.P.

10/19  S [REDACTED]  Y [REDACTED]  — L.P

10/21  N [REDACTED]  F [REDACTED]  — Bil  Bm + Bx

       C [REDACTED]  D [REDACTED]  — Bm + Bx

10/23  V [REDACTED]  L [REDACTED]  — Bm + Bx

11/1   J [REDACTED]  C [REDACTED]  — Bm + Bx

11/2   J [REDACTED]  S [REDACTED]  — L.P

       J [REDACTED]  B [REDACTED]  — L.P  (ē ANESTHESIA

11/3   M [REDACTED]  A [REDACTED]  — LP

       L [REDACTED]  H [REDACTED]  — Bm + Bx

       S [REDACTED]  A [REDACTED]  — L P

       N [REDACTED]  E [REDACTED]  — LP

11/4   A [REDACTED]  S [REDACTED]  — L.P.

11/5   K [REDACTED]  C [REDACTED]  Bm + LP

11/8   I [REDACTED]  M [REDACTED]  — BM HARVEST (ē De.Kenney)

       L [REDACTED]  B [REDACTED]  — L.P

11/10  T [REDACTED]  F [REDACTED]  — Bm + Bx

**EXHIBIT 2**        page 24

11/16  J [REDACTED]  N [REDACTED]  — L.P. + Bm
       E [REDACTED]  W [REDACTED]  — L.P
11/24  D [REDACTED]  D [REDACTED]  L.P  (č ANESTHESIA)
       K [REDACTE]  M [REDACTED]  L.P
11/29  F [REDACTED]  R [REDACTED]  — L.P
       J [REDACTED]  B [REDACTED]  L.P. (č ANESTHESIA)
       C [REDACTED]  K [REDACTED]  Bm + Bx
11/30  M [REDACTED]  I [REDACTED]  — BM + Bx - BiL
12/6   R [REDACTED]  H [REDACTED]  — L.P
12/13  J [REDACTED]  U [REDACTED]  — L.P.
12/17  B [REDACTED]  A [REDACTED]  — L.P.
12/22  M [REDACTED]  I [REDACTED]  — BiL BmA
12/23  T [REDACTED]  M [REDACTED]  — L.P.
       R [REDACTED]  W [REDACTED]  — LAu - BM + LP
12/28  M [REDACTED]  A [REDACTED]
       A [REDACTED]  S [REDACTED]

                    2000
1/7    B [REDACTED]  W [REDACTED]  — BM
       T [REDACTED]  H [REDACTED]  — L.P.
       K [REDACTED]  C [REDACTED]  — Bm + Bx
1/11   E [REDACTED]  W [REDACTED]  — L.P.
1/14   J [REDACTED]  B [REDACTED]  — L.P
       M [REDACTED]  R [REDACTED]  — L.P
1/18   A [REDACTED]  S [REDACTED]  — L.P.
1/19   D [REDACTED]  D [REDACTED]  L.P  (č ANESTHESIA)
       B [REDACTED]  W [REDACTED]  — L.P.
       J [REDACTED]  L [REDACTED]  — BM
1/21   M [REDACTED]  S [REDACTED]  — L.P
       R [REDACTED]  U [REDACTED]  — BM + Bx

**EXHIBIT 2**                    page 25

1/25 - J [REDACTED] M [REDACTED]  - L.P.
1/27 - H [REDACTED] P [REDACTED]  - L.P.
1/31 - L [REDACTED] E [REDACTED]  - L.P.
2/3 - S [REDACTED] A [REDACTED]  - Bm + L.P.
2/4 - A [REDACTED] K [REDACTED]  - L.P.
     R [REDACTED] U [REDACTED]  - L.P.
     J [REDACTED] A [REDACTED]  - Bm + Bx
     S [REDACTED] A [REDACTED]  - L.P.
2/7 - M [REDACTED] S [REDACTED]  - L.P.
     K [REDACTED] C [REDACTED]  - L.P.
     R [REDACTED] M [REDACTED]  - Bm, Bx, LP
2/8 - A [REDACTED] S [REDACTED]  - L.P.
2/16 - M [REDACTED] A [REDACTED]  - L.P.
2/17 - T [REDACTED] M [REDACTED]  - L.P.
     J [REDACTED] H [REDACTED] - S [REDACTED]  - L.P.
     K [REDACTED] M [REDACTED]  - Bm + Bx
2/22 - R [REDACTED] M [REDACTED]  - L.P.
     A [REDACTED] M [REDACTED]  - L.P.
     R [REDACTE] U [REDACTED]  - Bm + L.P.
     N [REDACTED] E [REDACTED] - L.P.
2/23 - A [REDACTED] S [REDACTED]  - L.P.
2/24 - W [REDACTED] P [REDACTED]  - L.P.
2/25 - D [REDACTED] C [REDACTED] - K [REDACTED]  - Bm + L.P
     S [REDACTED] A [REDACTED]  - L.P.
2/28 - N [REDACTED] E [REDACTED]  - B.M.
2/29 - R [REDACTED] M [REDACTED]  - L.P.
3/2 - R [REDACTED] U [REDACTED]  - L.P.
3/3 - J [REDACTED] E [REDACTED]  - L.P.
     A [REDACTED] S [REDACTED]  - L.P.

**EXHIBIT 2**          page 26

3/6    N REDACTED    E REDACTED – L.P
       B REDACTED    A REDACTED – Bm + Bx
3/7 – E REDACTED W REDACTED – L.P
3/8 – T REDACTED H REDACTED – L.P
       S REDACTED A REDACTED – Bm + Bx
3/10  D REDACTED C REDACTED – K REDACTED – Bm
3/13  N REDACTED  E REDACTED – Bm
       J REDACTED A REDACTED – Bm + Bx
3/15 – Y REDACTED  S REDACTED – Bm + L.P
3/16 – M REDACTED  R REDACTED – L.P
       R REDACTED u REDACTED – L.P
3/21 – R REDACTED M REDACTED – L.P
3/22 – L REDACTED P REDACTED – L.P
3/23 – B REDACTED W REDACTED – L.P
3/24 – A REDACTED S REDACTED – L.P
       D REDACTED C REDACTED – K REDACTED – L.P
3/28 – J REDACTED  M REDACTED – Bm + Bx
3/30 – H REDACTED P REDACTED – L.P
3/31  B REDACTED A REDACTED – L.P
       A REDACTED K REDACTED – L.P

**EXHIBIT 2**                page 27 of 27