178

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

---

KELLEY WOODRUFF, M.D., and HAWAII CHILDREN'S
BLOOD AND CANCER GROUP,
    Plaintiffs,

        vs.    Civil No.    02-1-0090-01 (BIA)

HAWAI'I PACIFIC HEALTH; KAPI'OLANI MEDICAL
SPECIALISTS; KAPI'OLANI MEDICAL CENTER FOR WOMEN AND
CHILDREN; ROGER DRUE; FRANCES A. HALLONQUIST; NEAL
WINN, M.D.; SHERREL HAMMAR, M.D.; DELOITTE & TOUCHE
LLP; DENNIS M. WARREN, ESQ.; JOHN DOES 1-99; JANE
DOES 1-99; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL
UNITS 1-10,
    Defendants.

---

DEPOSITION OF MARIE DIANNE FOCHTMAN SELENY

VOLUME II

Taken on behalf of the Plaintiffs, at the office of Robbins & Associates, 841 Bishop Street, Suite 2200, Honolulu, Hawaii 96813, commencing at 8:40 a.m., on April 26, 2006, pursuant to Notice.

BEFORE: DENNIS J. YANKEE, CSR NO. 285
        Certified Shorthand Reporter

Ralph Rosenberg Court Reporters, Inc.
Ofc: (808)524-2090  Fax: (808)524-2596

**EXHIBIT 3**

266

| | | |
|---|---|---|
| 10:22 | 1 | Q. And but if I understood you correctly, they |
| | 2 | would print a copy of what's scheduled for the OR and |
| | 3 | send it up to the Wilcox Ward? |
| 10:22 | 4 | A. The day before -- or the evening before. |
| 10:22 | 5 | Q. Sure. So that Wilcox knows what's |
| | 6 | scheduled in the OR? |
| 10:22 | 7 | A. And the sedations that are scheduled on |
| | 8 | Wilcox or PAU. |
| 10:22 | 9 | Q. Sure. |
| 10:22 | 10 | A. PAU was supposed to get a copy also, but |
| | 11 | it's pretty inconsistent when they get one. |
| 10:22 | 12 | Q. When you say a copy also, you're referring |
| | 13 | to the OR schedule? |
| 10:22 | 14 | A. Correct. |
| 10:22 | 15 | MR. DEL CASTILLO: Okay, okay. That's |
| | 16 | all I have for the grid form. I want to show you -- |
| | 17 | and we did indicate we're going to mark that 107, |
| | 18 | right -- 108, 108. And this will be H-109. |
| 10:23 | 19 | (Deposition Exhibit H-109 marked.) |
| 10:23 | 20 | BY MR. DEL CASTILLO: |
| 10:23 | 21 | Q. Okay, I've just handed you a document which |
| | 22 | we've labeled H-109, and it's a document of |
| | 23 | approximately 25 or 30 pages in length. Do you |
| | 24 | recognize the document that I've handed to you? |
| 10:23 | 25 | A. Yes. |

267

| | | |
|---|---|---|
| 10:23 | 1 | Q.   Okay.   Would you tell me what it is, to the |
| | 2 | best of your knowledge? |
| 10:23 | 3 | A.   To the best of my knowledge, it's a list of |
| | 4 | procedures that I performed. |
| 10:24 | 5 | Q.   Okay.   This first page that we're looking |
| | 6 | at begins with 1/9, and off to the right-hand side I |
| | 7 | can't tell whether it's 1995 or 1996; can you tell? |
| 10:24 | 8 | A.   It looks like 1996. |
| 10:24 | 9 | Q.   Okay.   And beneath that are some dates in |
| | 10 | November and December of 1995.   I'm not sure |
| | 11 | whether -- |
| 10:24 | 12 | A.   So I don't know whether the date is 1996 or |
| | 13 | 1995. |
| 10:24 | 14 | Q.   Okay. |
| 10:24 | 15 | A.   Because it's -- they're both January. |
| 10:24 | 16 | Q.   Because below that then, 1996 is also |
| | 17 | listed and beginning in January 11th, right? |
| 10:24 | 18 | A.   Correct. |
| 10:24 | 19 | Q.   Okay.   And was it generally your habit to |
| | 20 | list the days as is indicated under 1996 with the |
| | 21 | earliest date on top and the latest date on bottom? |
| 10:25 | 22 | A.   Correct. |
| 10:25 | 23 | Q.   Okay.   So the portion in the top here, just |
| | 24 | is extraordinary, different from what your normal way |
| | 25 | of maintaining this is concerned, correct? |