## KMCWC-ASSIGNED MEDICAL RECORD NUMBERS

59135, 119636, 121256, 125137, 128791, 134466, 135064, 135245, 136704, 138502, 142803, 158527, 194191, 196462, 199639, 199658, 217906, 218017, 221669, 230443, 239353, 243293, 244319, 248291, 260974, 265233, 265697, 267669, 268045, 276183, 278291, 282336, 287364, 289061, 289986, 301886, 305877, 309646, 317452, 322002, 325056, 325544, 331969, 332784, 337510, 343526, 346659, 350524, 367863, 370648, 371382, 373777, 378457, 378574, 381428, 382773, 386006, 387290, 392936, 400017, 402553, 412142, 420548, 421217, 422221, 422244, 427002, 428583, 429780, 431965, 434647, 438739, 440818, 441977, 444234, 445270, 446264, 454155, 456888, 457288, 457995, 458521, 462643, 464391, 465380, 470276, 470979, 471737, 472432, 476739, 478145, 478289, 478892, 478962, 480293, 482627, 483224, 483304, 486411, 487545, 489058, 489504, 492975, 497907, 498496, 500297, 500561, 500593, 501195, 501256, 501303, 501711, 503469, 503784, 507161, 509398, 512504, 513078, 515243, 518295, 520120, 520250, 520602, 521136, 521179, 522844, 523481, 523948, 526949, 533517, 534405, 534638, 538643, 538757, 539332, 541194, 542888, 545212, 545870, 547085, 548795, 549288, 551431, 552469, 552672, 553562, 554916, 555321, 555558, 800001, 908394.

**EXHIBIT 4**