IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KELLY A. WOODRUFF, M.D., AND ROBERT WILKINSON, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> HAWAII PACIFIC HEALTH, ET AL., <br><br> Defendants. <br>_____ | CIVIL NO. 05-00521 JMS LEK <br><br> ORDER ADOPTING REPORT OF SPECIAL MASTER AND AMENDMENT TO REPORT OF SPECIAL MASTER |

ORDER ADOPTING REPORT OF SPECIAL MASTER AND AMENDMENT
TO REPORT OF SPECIAL MASTER

A Report of Special Master On Plaintiffs' Objections to Defendants' Bill of Costs having been filed and served on all parties on December 5, 2008 and an Amendment to Report of Special Master On Plaintiffs' Objections to Defendants' Bill of Costs having been filed and served on all parties on January 22, 2009, and no objections having been filed by any party as to either Report,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master filed on December 5, 2008 and the Amendment to Report of

Special Master filed on January 22, 2009 are adopted as the opinions and orders of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 19, 2009.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*U.S. ex rel. Woodruff, et al. v. Haw. Pac. Health, et al.*, Civ. No. 05-00521 JMS/LEK; Order Adopting Report of Special Master and Amendment to Report of Special Master