IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KELLY A. WOODRUFF, M.D., AND ROBERT WILKINSON, ET AL.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>HAWAII PACIFIC HEALTH, ET AL.,<br><br>      Defendants.<br>_____ | CIVIL NO. 05-00521 JMS/LEK<br><br>ORDER ADOPTING REPORT OF SPECIAL MASTER ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND EXPENSES |

## ORDER ADOPTING REPORT OF SPECIAL MASTER ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND EXPENSES

A Report of Special Master On Defendants' Motion for Attorneys' Fees and Expenses having been filed and served on all parties on February 10, 2009 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master filed on February 10, 2009 is adopted as the opinion and order of this court.

DATED: Honolulu, Hawaii, March 18, 2009.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge